NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Tamara Zavaliyenko, Esq.
4521 Campus DRive, # 325
Irvine, California 92612
Phone: (949) 656-7233

CLEAR FORM

ATTORNEY(S) FOR: Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bourque CPAs and Advisors, Inc., et al., <br><br> Plaintiff(s), <br> v. <br> The People's Republic of China, et al., <br><br> Defendant(s) | CASE NUMBER: <br><br> 8:20-cv-00597 <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for The Plaintiffs (Bourque CPAs and Advisors, Inc., et al.) and the Proposed Class or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BOURQUE CPAS AND ADVISORS, INC., a California corporation; | Plaintiff/Individually and on behalf of putative classes |
| GD SERVICES LLC, a California limited liability company; | Plaintiff/Individually and on behalf of putative classes |
| J&M CONSULTING LP, a Nevada limited partnership; | Plaintiff/Individually and on behalf of putative classes |
| NH APARTMENTS, INC., a California corporation; | Plaintiff/Individually and on behalf of putative classes |
| RURAL HOUSING PRESERVATION FOUNDATION, a California non-profit corporation | Plaintiff/Individually and on behalf of putative classes |
| THE PEOPLE'S REPUBLIC OF CHINA, a foreign nation | Defendant |
| FOR ADDITIONAL PARTIES PLEASE SEE ATTACHED | FOR ADDITIONAL PARTIES PLEASE SEE ATTACHED |

03/25/2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs (Bourque CPAs and Advisors, Inc., et al.)

Tamara Zavaliyenko, Esq.
4521 Campus Drive, Suite 325
Irvine, California 92612
Phone: (949) 656-7233

*Attorney for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bourque CPAs and Advisors, Inc., et al., ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> The People's Republic of China, et al., ) <br> ) <br> Defendants ) | CASE NUMBER: <br> 8:20-cv-00597 <br><br><br> **CERTIFICATION AND NOTICE** <br> **OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

## *CONTINUATION*

(List the names of all parties and identify their connection and interest)

| PARTY: | CONNECTION/INTEREST: |
|---|---|
| THE PEOPLE'S LIBERATION ARMY; | Defendant |
| MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA; | Defendant |
| NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA; | Defendant |
| MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA; | Defendant |
| THE PEOPLE'S GOVERNMENT OF HUBEI PROVINCE; | Defendant |
| THE WUHAN INSTITUTE OF VIROLOGY; | Defendant |
| THE PEOPLE'S GOVERNMENT OF CITY OF WUHAN, CHINA | Defendant |