Tamara Zavaliyenko, Esq.
California State Bar # 229266
Email: info@settlementcovid19.com
4521 Campus Drive, Suite 325
Irvine, California 92612
Phone: (949) 656-7233
Facsimile: (949) 656-7233

*Attorney for Plaintiffs and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOURQUE CPA'S AND ADVISORS, INC.; GD SERVICES LLC; J&M CONSULTING LP; NH APARTMENTS, INC; RURAL HOUSING PRESERVATION FOUNDATION; on behalf of themselves, and all those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA; THE PEOPLE'S LIBERATION ARMY; MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA; NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA; MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA; THE PEOPLE'S GOVERNMENT OF HUBEI PROVINCE; THE WUHAN INSTITUTE OF VIROLOGY; THE PEOPLE'S GOVERNMENT OF CITY OF WUHAN, CHINA; and JOHN DOES 1-50, inclusive<br><br>Defendants. | Case No. 8:20-cv-00597<br><br>**NOTICE OF ERRATA AND CORRECTION TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiffs BOURQUE CPAS + ADVISORS, INC., GD SERVICES LLC, J&M CONSULTING LP, NH APARTMENTS, INC., RURAL HOUSING PRESERVATION FOUNDATION, (collectively, "Named Plaintiffs"), on behalf of themselves and all those similarly situated, and by and through their undersigned counsel, hereby provide Notice of Errata and correction as follows: On March 26, 2020, Plaintiffs filed their "Complaint" at Docket No. 2, and, unbeknownst to Plaintiffs' counsel, when the "Complaint" was converted from Microsoft Word to PDF, the "Complaint" was produced without the required line numbering in the left margin of the document. A corrected version of the "Complaint" with the proper line numbering in the left margin and no other changes is being filed concurrently herewith.

Respectfully Submitted,

Dated this 27th day of March, 2020.  By: */s/ Tamara Zavaliyenko*
 TAMARA ZAVALIYENKO
 Attorney for Plaintiffs