# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
CLERK, U.S. DISTRICT COURT
June 23, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  R. Gary Klausner

From: Victor Paul Cruz                              , Deputy Clerk    Date Received: May 15, 2020

Case No.: SA CV 20-00597 RGK          Case Title: Bourque CPA s etc, et al v. The People s Republic of China

Document Entitled: Letter to Court from non-party

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1    Documents must be filed electronically
- ☐ Local Rule 6-1      Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1   Document not legible
- ☐ Local Rule 11-3.8   Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1     Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7     Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1     Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2     Statement of genuine disputes of material fact lacking
- ☑ Local Rule 83-2.5   No letters to the judge
- ☐ Fed. R. Civ. P. 5   No proof of service attached to document(s)
- ☑ Other:   Not a party to this action.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____              _____
Date                                  U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

June 23, 2020                         /s/ Gary Klausner
Date                                  U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                    NOTICE OF DOCUMENT DISCREPANCIES

| | | |
|---|---|---|
| Judge R. Gary Klausner<br>Federal Court<br>255 East Temple Street<br>Los Angeles, CA 90012 | Embassy<br>People's Republic of China<br>3505 International Pl., N.W.<br>Washington, D.C. 20008 | Office of Inspector General<br>Central Intelligence Agency<br>Washington, D.C. 20505 |

Notice of pending filing in accordance with the U.S. Constitution, First Amendment, Last Sentence: "*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, <u>and to petition the government for a redress of grievances</u>.*"

China is not responsible for the negligent release of The Katrina Virus.

- State of Missouri v. People's Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Nathaniel Limbaugh Jr.
- Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
- Edwards v. People's Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Judge Nannette Jolivette Brown
- Bella Vista LLC v. The People's Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan
- Buzz Photo v. People's Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge James E. Kinkeade
- Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter
- <u>**Bourque CPA s and Advisors, Inc. v. The People s Republic of China (8:20-cv-00597) District Court, C.D. California Judge Robert G. Klausner**</u>
- Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy Kalman Altman
- Smith (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

# This is about saving Mankind.

# It is not about the U.S. against China or China against the U.S.

Reference: Edwards v. People's Republic of China (2:20-cv-01393) District Court, E.D. Louisiana. Judge Nannette Jolivette Brown

Mailed and Emailed May 9th, 2020 by David Andrew Christenson

Embassy
People's Republic of China
3505 International Pl., N.W.
Washington, D.C. 20008

Ambassador Cui Tiankai
3505 International Pl., N.W.
Washington, D.C. 20008

Consulate General
People's Republic of China
520 12th Ave.
New York, NY 10036

Chief Justice John Roberts
Supreme Court
1 First Street, NE
Washington, DC 20543

Justice Sri Srinivasan
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Jane Sullivan Roberts
MLegal Group
1455 Pennsylvania Ave NW
Suite #770
Washington, DC 20004

Hon N. V. Jolivette Brown
500 Poydras Street
Courtroom C227
New Orleans, LA

Federal Bar Association
1220 North Fillmore St.
Suite 444
Arlington, VA 22201

James C. Duff
Administrative Office
United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

Robert Couhig
1100 Poydras Street
Suite 3250
Energy Centre
New Orleans, LA 70163

Sheriff Daniel Edwards
Tangipahoa Parish
15475 Club Deluxe Road
Hammond, Louisiana 70403

Sheriff Mike Cazes
West Baton Rouge Parish
850 8th Street
Port Allen, LA 70767

Clerk Mark Langer
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Clerk Scott Atchue
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Notice

**Please let this Notice serve as a starting point in my quest to save Mankind.** In 2010 I was declared to be a terrorist by my government for trying to expose the negligent release of "The Katrina Virus" and the murdering of Americans by the U.S. Military during Hurricane Katrina.

I will be filing pleadings in the above-mentioned case. Those pleadings might include Amicus Briefs, Friend of the Court Briefs, Motion to Join, Motion to Intervene, etc. It is a class action complaint.

The attachments are a starting point.

SARS/COVID19 was the trigger that activated "The Katrina Virus".

70% of Americans and 30% of Mankind that have been infected and or died live within 100 miles of 911/World Trade Centers/New York – Hurricane Katrina/BP Oil Spill/New Orleans – Chemical Warfare Munitions Plant/Detroit.

Mayor C. Ray Nagin was quarantined in China and Chinese spies were released. Information about this will be provided in my pleadings.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

Updated 10/31/2011 DAC 05:32
An Unedited Synopsis.
Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
(*Book Nine in a nine part series.*)
Library of Congress LCCN 2011940256
ISBN 978-0-9846893-0-9 Hardback
ISBN 978-0-9846893-1-6 EBook

<u>Factual, documented and verifiable</u> account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press. Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a

record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for 11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

## The Department of Justice classified Captain David Andrew Christenson as a terrorist.

This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

The United States Military killed, executed and murdered Americans during Hurricane Katrina and after.
A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore

confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next star and were forced to retire. Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because <u>The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat</u>. Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin. After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm. To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

-----------------------------------------------------------

Committee on the Judiciary and United
States House of Representatives, Appellees
v.
David Andrew Christenson, Appellant

# PETITION FOR EN BANC

(Thirty-Three Supplemental Petition/Application/Motion for En Banc Amicus/Notice 191)

*[The three most important people in the world right now (their blood and DNA) are Mayor Ray Nagin, his wife Seletha and the Mayor's bodyguard. All three were quarantined in China where their blood and DNA were taken. Reference 7-page docketed attachment: USCA Case #19-5121 Document #1795173 Filed: 06/24/2019 Page 1 of 7. Nagin is in Federal Prison in Shreveport Louisiana.]*

The actions of the U.S. Government will single handedly cause the Genocide of Mankind in the next 10 years. They are covering up their own sins by throwing borrowed money (3 – 6 Trillion Dollars, all of which is borrowed and so is the interest.) at a problem that does not exist. The 3 – 6 Trillion Dollars is just for 2020. Who knows what they will spend in 2021 and on? This is an election year so they must buy the votes. The Russians don't tamper with our elections, we do.

It will be the U.S. debt that ultimately causes the Genocide of Mankind. The Universe will record that Mankind committed suicide. The Coronavirus will not cause the Genocide of Mankind. The First U.S. Death from the Coronavirus was February 29th, 2020. Through March 18th, 2020 there have been 147 deaths from the Coronavirus. In that same time there have been 418 suicides by U.S. Veterans. Suicide is contagious. 80% of the Veterans were never in combat and 50% were never in theater. The U.S. Military, as of five years ago, has 900 plus anti-suicide programs. SUICIDE HAS BECOME A LIFE CHOICE. In that same time there have been 11,400 deaths from Influenza and Pneumonia which is contagious. Worldwide since December 1st, 2019 8,845 people have died from the Coronavirus. 65,400 plus Americans have died during that same time from Influenza and Pneumonia. The U.S. was at epidemic levels/rates for Influenza and Pneumonia deaths for the first four weeks of 2020 per the CDC and not one media outlet wrote about it. The CDC never issued a press release because they covered it up.

Our Government should have publicly addressed the negligent release of the Katrina Virus when it happened during Hurricane Katrina in New Orleans and then again when it happened during the BP Oil Spill in New Orleans.

The cover-up of the Genocide of Mankind will bankrupt the world.

Mankind has lost the ability to compete, survive and procreate. No government or civilization has ever survived. The U.S. will deficit spend 3 – 6 Trillion Dollars this year, fiscal 2020.

**The Chinese**, BP, Time, Math, Trump, Biden, Roberts, Pelosi, McCarthy, Schumer, McConnell, the other Demigods will ensure that the truth comes out.

The Chinese stole the Coronavirus from the United States. The theft occurred in New Orleans. Why do you think China and Trump are having a war of words over the China Virus?

The three most important people in the world right now (their blood and DNA) are Mayor Ray Nagin, his wife Seletha and the Mayor's bodyguard. All three were quarantined in China where their blood and DNA were taken. Reference 7-page docketed attachment: USCA Case #19-5121 Document #1795173 Filed: 06/24/2019 Page 1 of 7. Nagin is in Federal Prison in Shreveport Louisiana.

The BP Oil Spill. See attachment. Corexit.

      Motion to Reopen the Settlement and to increase the Settlement to 20 Trillion Dollars
      Motion to Create a 20 Trillion Dollar Medical Settlement
      Motion for Punitive (Treble) Damages (120 Trillion Dollars)
      Motion to add the United States of America and the United Kingdom (Britain) as Defendants
      The American People deserve to know the truth so please do not Seal this pleading.
      August 18th, 2016

U.S. Attorney and future Attorney General Matthew Whitaker was my defense attorney starting in 2010 and then in 2011 when I was arrested for cyberstalking an FBI Agent and declared to be a terrorist.
Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York John George Koeltl
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York Judge Colleen McMahon
Docket for 1:18-cv-03501 SDNY 113 pages - Motion for Leave to File: Motion to Intervene and Motion to Join filed by David Andrew Christenson on April 24th, 2018. Judge Koeltl docketed over fifty of my pleadings.
Docket 25
Pages 24 – 27 Non-Domestic Stay Away Order FBI Director Robert Mueller is on it. 74 people are listed and I did not know 66 of them. A third of them are court clerks. Two US Senators, a Bishop and a building. They even listed my friends and attorneys.
Page 56 - A press release about my arrest that was a gross mistake on the part of the DOJ.

Pages 57 & 58 - Bond Order and Conditions of Bail. They original asked for $500,000.00 bail for a misdemeanor. Order 3 is no internet so I could not do research. Order 9 waives my rights for a year and is not a requirement for bond. They put an electronic monitoring device on my ankle.
Page 59 Memorandum about US Attorney Billy Gibbens representing me in my arrest and waiving all of my rights. Look at his bill. His job was to keep me in jail or confined to a psychiatric prison.

**There must a quarantine south of I-10 from Pensacola to Beaumont. New Orleans is the epicenter.**

Last year the United States deficit spent double (1.2 Trillion Dollars) what the entire National Economy grew which was about 3% - 600 Billion Dollars. This means the "real" economy shrunk.

**18 – 24 months suicides will outnumber births (End of 2022).** Those women who are pregnant and those that will get pregnant will have had their babies. The economy/debt/deficit/unemployment will stop procreation. It will take 2 – 4 years for the economy to bottom out. Birth Rates and Life Expectancy Rates **will decrease** to unrecoverable rates.

The economy will constrict. We could see 25 – 50% unemployment. GDP could fall to 15 Trillion Dollars.

Medicare and Social Security are our government's biggest expenses but each has their own tax for the employee and the employer. The government owes the Social Security and Medicare trust funds Trillions of Dollars.

The third biggest expense is Defense followed by interest expense. **INTEREST EXPENSE WILL SURPASS DEFENSE SPENDING BY THE END OF 2022.**

The stimulus plan will increase the debt to a minimum of **50 TRILLION DOLLARS BY THE END OF 2022.**

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on March 19th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

---

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

---

Committee on the Judiciary and United
States House of Representatives, Appellees
v.
David Andrew Christenson, Appellant

# PETITION FOR EN BANC

(Seventy-Three Supplemental Petition/Application/Motion for En Banc Amicus/Notice 234)

People under the age of thirty will stop procreating. In their minds intimacy will result in contracting COVID19 and thus death. In their minds they will not want to bring a child into this world.

The perfect weapon is a vaccine. The conclusion of our obsession with vaccines is that it decreases our ability and desire to procreate. It is an unstoppable circle of death.

Humans evolved with viruses, bacteria, fungi, etc. We need viruses, bacteria, fungi, etc. to survive and propagate the species.

In simple terms: We are removing what makes us stronger from our everyday life.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

### CERTIFICATE OF SERVICE

I hereby certify that on May 6th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

---

David Andrew Christenson

| | | |
|---|---|---|
| Andrew M. Cuomo<br>Governor of New York<br>State Capitol<br>Albany, NY 12224 | Governor John Bel Edwards<br>Louisiana<br>PO Box 94004<br>Baton Rouge, LA 70804 | Governor Ron DeSantis<br>The Capitol<br>400 S. Monroe St.<br>Tallahassee, FL 32399 |
| Mayor Bill de Blasio<br>City Hall<br>New York, NY 10007 | Mayor Latoya Cantrell<br>1300 Perdido St<br>2nd Floor<br>New Orleans, LA 70112 | Michael Huckabee<br>756 Blue Mountain Road<br>Santa Rosa Beach,<br>Florida 32459 |

April 23rd, 2020

**YOU, YOUR STATES AND CITIES, ALL ARE GOING TO FILE BANKRUPTCY BECAUSE THE KATRINA VIRUS IS REAL**

Majority Leader Mitch McConnell stated so yesterday.

The Federal Government fucked you and you allowed them to do so and in turn you fucked all Americans.

Watch how they continue to fuck you and all Americans.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

| | | |
|---|---|---|
| Andrew M. Cuomo<br>Governor of New York<br>State Capitol<br>Albany, NY 12224 | Governor Ron DeSantis<br>The Capitol<br>400 S. Monroe St.<br>Tallahassee, FL 32399 | Gov. Gretchen Whitmer<br>Michigan<br>P.O. Box 30013<br>Lansing, MI 48909 |
| Mayor Bill de Blasio<br>City Hall<br>New York, NY 10007 | Michael Huckabee<br>756 Blue Mountain Road<br>Santa Rosa Beach,<br>Florida 32459 | Mayor Mike Duggan<br>2 Woodward Ave.<br>Suite 1126<br>Detroit, MI 48226 |
| Governor John Bel Edwards<br>Louisiana<br>PO Box 94004<br>Baton Rouge, LA 70804 | Governor Ned Lamont<br>CT. State Capitol<br>210 Capitol Avenue<br>Hartford, CT 06106 | Gov. Phil Murphy<br>New Jersey<br>PO Box 001<br>Trenton, NJ 08625 |
| Mayor Latoya Cantrell<br>1300 Perdido St<br>2nd Floor<br>New Orleans, LA 70112 | | |

April 26rd, 2020

The new Influenza and Pneumonia season starts September 27th, 2020. The mutation of COVID19 in conjunction with the new Influenza and Pneumonia season means we will not have a Presidential Election or at least not a fair one. The Genocide of Mankind will become even more apparent. We committed suicide. Our leaders failed to protect us for political gain.

**The Katrina Virus is real.** There is a famine in Africa that is spreading to India and Pakistan and then on to China, the U.S. and finally to Europe. The U.S. debt in equivalent dollars on Inauguration Day 2021 will be at least 35 Trillion Dollars with the economy constricting. Since the beginning of the Industrial Revolution we have not seen such an abrupt changing to the World's weather and that change will exacerbate the famine. We will see spikes in temperature, either high or low and droughts or monsoons.

The end of times and we are still covering up the release of The Katrina Virus. Review my court pleadings.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

| | | |
|---|---|---|
| Andrew M. Cuomo<br>Governor of New York<br>State Capitol<br>Albany, NY 12224 | Governor Ron DeSantis<br>The Capitol<br>400 S. Monroe St.<br>Tallahassee, FL 32399 | Gov. Gretchen Whitmer<br>Michigan<br>P.O. Box 30013<br>Lansing, MI 48909 |
| Mayor Bill de Blasio<br>City Hall<br>New York, NY 10007 | Michael Huckabee<br>756 Blue Mountain Road<br>Santa Rosa Beach,<br>Florida 32459 | Mayor Mike Duggan<br>2 Woodward Ave.<br>Suite 1126<br>Detroit, MI 48226 |
| Governor John Bel Edwards<br>Louisiana<br>PO Box 94004<br>Baton Rouge, LA 70804 | Governor Ned Lamont<br>CT. State Capitol<br>210 Capitol Avenue<br>Hartford, CT 06106 | Gov. Phil Murphy<br>New Jersey<br>PO Box 001<br>Trenton, NJ 08625 |
| Mayor Latoya Cantrell<br>1300 Perdido St<br>2nd Floor<br>New Orleans, LA 70112 | | |

April 27th, 2020 - As you read this remember that suicide is contagious and that therapy and medication do not work. The U.S. Military has 900 plus anti-suicide programs and none of them work.

The Solution - This is what suicide is and why Mankind will cease to exist. Sunarcissism – Suicide over honor. Are we stupid or not? Look around and see the shit hole that we are in. I despise Trump. We might elect a guy who created the shit hole by serving 36 years as a U.S. Senator and 8 years as the Vice-President. 44 years of screwing us and now we want him to be President. We are not a Democracy.

Amicus/Notice 193 Nationalize Religions and confiscate their property and assets.
Amicus/Notice 119 Anyone elected to a Federal Office Resigns.
Amicus/Notice 196 Herculean effort to help farmers.
Amicus/Notice 205 Oil needs to be a dollar a barrel.
Amicus/Notice 220 Katrina Virus Response (KVR). We see each other as a threat. KVR will stop procreation. There will be no intimacy.


Godspeed - Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;



From: David Andrew Christenson, P.O. Box 9063, Miramar Beach, FL 32550

To: Judge R. Gary Klausner, Federal Court, 255 East Temple Street, Los Angeles, CA 90012

Postmarked Pensacola, MAY 11 2020. Received Clerk, U.S. District Court, Central District of California, MAY 15 2020.