

Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California
Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
Movant David Andrew Christenson
July 10th, 2020

Motion for Leave to File Amicus – The Judges have started to dismiss the Class Action Complaints against the People's Republic of China for lack of Prosecution

Think about what has been done. By upholding the Constitution, the Narrative has been changed.

**This is a cataclysmic event.**

Americans owe a debt of gratitude to Judge Ursula Ungaro and Judge Ed Kinkeade as well as the 11th Circuit Court of Appeals (Chief Judge William Pryor Jr. and Clerk of Court David Smith).

Judge Ungaro docketed everything that I sent. Judge Kinkeade shut down Ring Leader Attorney Larry Klayman and continued to docket my pleadings. The 14 Class Action Complaints were to become One Class Action Complaint but now that is not going to happen. Was the Complaint going to be political? Yes. We rightfully changed the 2020 Presidential Election.

There are 14 of the cases listed below. Most have zero prosecution.

Judge David Carter - Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California – started the process. Yesterday, July 9th 2020, there was to have been a response but as of today that response has not been filed. The case was terminated July 1st 2020.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501

8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314
21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901
24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
29. Judicial Watch, Inc. v. Department of State (1:14-cv-01242-RCL) District Court, District of Columbia Judge Royce C. Lamberth - 333 Constitution Ave. N.W. - Washington D.C. 20001
30. United States v. Bolton (1:20-cv-01580-RCL) District Court, District of Columbia Judge Royce C. Lamberth - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on July 10th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson



PENSACOLA FL 325
10 JUL 2020 PM 1 L

Judge R. Gary Klausner
Federal Court
255 East Temple Street
Los Angeles, CA 90012

90012-354410

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 16 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY