JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Bourque CPA s and Advisors, Inc., et al, | ) | Case No. 8:20-cv-00597-RGK-DFM |
|---|---|---|
| Plaintiff(s), | ) ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | ) ) | |
| The People's Republic of China, et al | ) ) | |
| Defendant(s). | ) ) ) | |

On July 17, 2020, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [24], which directed plaintiff to file timely proofs of service of the summons and complaint on defendants. Plaintiff's response to the Order to Show Cause was due by July 22, 2020. As of this date, no response has been filed to the Order to Show Cause, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: July 28, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE